**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**David SERVIN–TERRASAS, a/k/a
David Servin, Defendant—
Appellant.**

**No. 08–6403.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 19, 2008.

Decided: June 25, 2008.

David Servin–Terrasas, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Servin–Terrasas appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Servin–Terrasas,* No. 4:06–cr–00004–jlk–1 (W.D.Va. filed Mar. 3, 2008; entered Mar. 4, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*